## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **FRANCISCO SANTIAGO CASILLAS** <br> **HEDD ESTHER ALEJANDRO** <br> DEBTOR(S) | CASE NUMBER: 08-03248 (BKT) <br><br> CHAPTER 13 ASSET CASE) |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

    **a. Amended in order to include lump sum payment from adversary proceeding.**

3. Debtor (s) amend plan call thirty five (35) payment of $350.00 dollars and one (1) payment of $400.00 dollars with a provision for the payment of pre petition arrears to Liton Loan, account ending number-5597 and paid in full to Reliable Financial, account ending number-9115 and lump sum payment for a total amount of $11,000.00 for a total base of $23,650.00 dollars.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

FRANCISCO SANTIAGO CASILLAS
HEDDY ESTHER ALEJANDRO
CASE NO.: 08-03238 BKT
Page 2
DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 31st, day of August, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                       Case No. 08-03248 BKT

**SANTIAGO CASILLAS, FRANCISCO & ALEJANDRO, HEDDY ESTHER**      Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: _____ <br> ☐ PRE ☐ POST-CONFIRMATION | ☑ AMENDED PLAN DATED: **8/31/2010** <br> Filed by: ☐ Debtor ☐ Trustee ☑ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ **350.00** x **35** = $ **12,250.00** <br> $ **400.00** x **1** = $ **400.00** <br> $ _____ x _____ = $ _____ <br> $ _____ x _____ = $ _____ <br> $ _____ x _____ = $ _____ <br><br>                TOTAL: $ **12,650.00** <br><br> Additional Payments: <br> $ **11,000.00** to be paid as a LUMP SUM <br> within **28 months** with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br><br><br> ☑ Other: <br> **adversary proceeding** <br><br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ _____ x _____ = $ _____ <br><br> PROPOSED BASE: $ **23,650.00** <br><br> **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee <br> Disclosure Statement: $ **2,920.00** | A. ADEQUATE PROTECTION PAYMENTS OR     $ _____ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☑ Trustee pays secured ARREARS: <br>    Cr. **LITON LOAN SERVIC** Cr. _____    Cr. _____ <br>    # **5597**                # _____         # _____ <br>    $       **35.00**     $ _____        $ _____ <br> 2. ☑ Trustee pays IN FULL Secured Claims: <br>    Cr. **RELIABLE FINANCIA** Cr. _____    Cr. _____ <br>    # **851-589115**        # _____         # _____ <br>    $     **1,372.00**     $ _____        $ _____ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br>    Cr. _____        Cr. _____        Cr. _____ <br>    # _____          # _____          # _____ <br>    $ _____         $ _____         $ _____ <br> 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: <br><br> 5. ☐ Other: <br><br> 6. ☑ Debtor otherwise maintains regular payments directly to: <br>      **LITON LOAN SERVIC** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. <br> 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____ <br>                    ☐ Paid 100% / ☐ Other: _____ <br>    Cr. _____        Cr. _____        Cr. _____ <br>    # _____          # _____          # _____ <br>    $ _____         $ _____         $ _____ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ FRANCISCO SANTIAGO CASILLAS** <br>          Debtor <br><br>          **/s/ HEDDY ESTHER ALEJANDRO** <br>          Joint Debtor | OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)* <br> TRUSTEE TO PAY ATTORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR. <br><br> ADEQUATE PROTECTION PAYMENT TO RELIABLE UNTIL CONFIRMATION $100.00 TO BE PAID BY TRUSTEE MONTHLY. <br><br> PLAN WILL INCREASE WHEN DEBTOR PAYSOFF RETIRO LOAN (MARCH 2011) <br> RELIABLE FINANCIAL: PO BOX 21382, SAN JUAN PR 00928-1382 <br> INSURANCE TO RELIABLE FINANCIAL THROUGH UNIVERSAL AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $288.00 DISBURSEMENT TO UNIVERSAL INSURANCE TO BEGIN AT END OF THE SALES CONTRACT DECEMBER 2008. |

Attorney for Debtor **Marilyn Valdes/Ortega Law Offices**                    Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SANTIAGO CASILLAS, FRANCISCO
PO BOX 553
LUQUILLO, PR  00773

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR  00928-1382

ALEJANDRO, HEDDY ESTHER
PO BOX 553
LUQUILLO, PR  00773

SCOTIABANK
PO BOX 362230
SAN JUAN, PR  00936-2230

Marilyn Valdes Ortega Law Offices
PO BOX 19596
SAN JUAN, PR  00919-5596

WAL-MART
PO BOX 530927
ATLANTA, GA  30353-0927

ANTONIO RIOS ACOSTA, ESQ.
PO BOX 663
FAJARDO, PR  00738

WAL-MART
PO BOX 960024
ORLANDO, FL  32896-0024

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

JOSE LOPEZ SANTIAGO
HC 02 BUZON 6510
LUQUILLO, PR  00773

LITON LOAN SERVICING
4828 LOOP CENTRAL DRIVE
HOUSTON, TX  77081

MARIANNE
BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS, OH  43218-2125